■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BURTON, Appellant. [790 NYS2d 871]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered August 27, 2002, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The court properly denied defendant's suppression motion without a hearing, since his factual allegations did not establish a legal basis for the motion (see CPL 710.60 [1], [3]; People v Mendoza, 82 NY2d 415, 432-433 [1993]; People v Gomez, 67 NY2d 843 [1986]). Although defendant necessarily had direct knowledge of the relevant facts, he did not sufficiently allege that he was aggrieved by an unlawful search and seizure. Concur—Buckley, P.J., Marlow, Ellerin, Gonzalez and Sweeny, JJ.